

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Kevin W. Matthews, Appellant

No. 06-24-00061-CV      v.

Nalco Company, LLC d/b/a Ecolab, Inc., Appellee

Appeal from the 13th District Court of Navarro County, Texas (Tr. Ct. No. D22-30319-CV). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the trial court's dismissal of Matthews's claims and remand the case to the trial court for further proceedings, including the issuance of a stay pending arbitration.

We further order that the appellee pay all costs of this appeal.

RENDERED FEBRUARY 12, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk